# EXHIBIT 2

RECEIVED USMS-LA
01/21/2025
FID: 11757333

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　PLAINTIFF,<br><br>　　　v.<br><br>CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE,<br>aka "WHOOPS" and "JORDAN,"<br><br>　　　　　　　DEFENDANT | CASE NUMBER:<br><br>2:25-cr-00040-HDV　　4<br><br>**WARRANT FOR ARREST** |
|---|---|

To:　UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE, aka "WHOOPS" and "JORDAN" and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Child Exploitation Enterprise, in violation of Title 18, United States Code, Section 2252A(g).

| Brian Karth<br>TITLE OF ISSUING OFFICER<br><br>*[signature]*<br>SIGNATURE OF DEPUTY CLERK | January 17, 2025　　Los Angeles, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By:　**STEVE KIM**<br>　　　NAME OF JUDICIAL OFFICER |
|---|---|

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| 01/23/2025<br>DATE RECEIVED<br><br>01/30/2025<br>DATE OF ARREST | Cameron Busby<br>NAME OF ARRESTING OFFICER<br><br>Special Agent<br>TITLE<br><br>*[signature]*<br>SIGNATURE OF ARRESTING OFFICER |
|---|---|

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**