# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

LUCY H. CARRILLO
CLERK

TEL (808) 541-1300

Date: February 4, 2025

U.S. District Court
Central District of California
Edward R. Roybal Federal Building and United States Courthouse
255 East Temple Street
Los Angeles, CA 90012-3332

      Re: USA v. Clint Jordan Lopaka Nahooikaika Borge
      USDC HI Case No. MJ 25-000062 RT
      Your Case No. 2:25-cr-00040-HDV (CDCA)
      CrimIntakeCourtDocs-LA@cacd.uscourts.gov

Dear Clerk,

      Please be advised that Rule 5 proceedings were conducted in the District of Hawaii for the above-referenced case. The following documents are transmitted to your district: 1) Agent's Declaration, 2) Motion to Detain Defendant, 3) Minutes Initial Appearance, 4) SEALED CJA 23, 5) Waiver of Rule 5 & 5.1 Hearings, 6) CJA 20, 7) Minutes Detention Hearing, 8) Commitment to Another District, and 9) Docket Sheet. Please acknowledge receipt and return this letter by email.

      Very Respectfully,

      LUCY H. CARRILLO, Clerk of Court

      by: /s/ JI, Deputy Clerk

encl.
cc: All Counsel of Record via CM/ECF

___

To Clerk's Office:
Receipt is acknowledged by:_____, Deputy Clerk

Date:_____      Case Number: 2:25-cr-00040-HDV (CDCA)